# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICANOR RODRIGUEZ, | NO. SACV 11-01050 VBF (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 1, 2011

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE